MARJORIE FEARMAN, an Infant, by FRANK FEARMAN, Her Guardian ad Litem, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued April 10, 1931; decided May 12, 1931.)

*Thomas P. Heffernan* and *John S. Lambert* for appellant.
*Mark N. Turner* and *R. C. Vaughan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.